# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 16, 2022

## NO. 03-22-00163-CV

**M. P. a/k/a M. D., J. J. L.-B., and C. J. L., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on March 7, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant, M.P. a/k/a M.D. is indigent and unable to pay costs, no adjudication of costs is made as to M.P. a/k/a M.D. Appellants, J.J.L.-B. and C.J.L. shall pay the filing fee related to the filing of their notice of appeal.